# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

RELATE LLC,                          )
                                     )
                    Plaintiff,       )
vs.                                  )  Case No. 05-0176-CV-W-FJG
                                     )
CHRISTOPHER W. JONES, et al.,        )
                                     )
                    Defendants.      )

## ORDER

Pending before the Court are (1) Plaintiff's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Defendants' Second Amended Counterclaims (Doc. No. 60); and (2) Plaintiff's Motion to Strike Pursuant to Rule 12(f) (Doc. No. 65). Each will be considered below.

**I.    Plaintiff's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Defendants' Second Amended Counterclaims (Doc. No. 60)**

Plaintiff's second motion for extension of time to answer defendants' counterclaims (Doc. No. 60), filed September 2, 2005, is **SUSTAINED**. As plaintiff already filed its answer on September 9, 2005, prior to leave being granted, the Court will treat that answer (Doc. No. 66) as timely-filed.

**II.    Plaintiff's Motion to Strike Pursuant to Rule 12(f) (Doc. No. 65)**

Plaintiff has filed a motion to strike many numbered paragraphs from defendants' counterclaims. However, plaintiff's motion to strike violates Local Rule 7.1(f) in that the suggestions are more that 15 double spaced pages and plaintiff did not seek leave of the Court prior to filing the non-conforming document. According to this Court's Scheduling and Trial Order (Doc. No. 34), motions filed absent full compliance with Local Rule 7.1 will

be denied.  <u>See</u> Doc. No. 34 ¶ 5.  Therefore, plaintiff's motion to strike (Doc. No. 65) is

**DENIED.**

   **IT IS SO ORDERED.**


Dated:   <u>September 12, 2005  </u>          <u>/s/Fernando J. Gaitan, Jr.</u>
Kansas City, Missouri                    Fernando J.  Gaitan, Jr.
                                         United States District Judge

2